**UNITED STATES DISTRICT COURT**          **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| RICHARD KERN, | § | |
| and SHERRY KERN, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:06-CV-725 |
| | § | |
| ALLSTATE TEXAS LLOYD'S | § | |
| ALLSTATE TEXAS LLOYD'S INC., | § | |
| THERESSA ANN BILLUPS, | § | |
| JEFFREY KEITH BURCH, | § | |
| GARRY LEON COOPER, | § | |
| and JAMES JENSEN, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The court referred this matter to the Honorable Earl S. Hines, United States Magistrate

Judge, for pretrial proceedings pursuant to Order of Reference entered on November 11, 2006.

The court has received and considered the report of the United States magistrate judge, who

recommends that the court enter judgment pursuant to settlement upon receipt of closing papers

from the parties.

The magistrate judge's report is hereby **ADOPTED**.  The purpose of the referral having

been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

SIGNED at Beaumont, Texas, this 4th day of May, 2007.

*Marcia A. Crone*
_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE